UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SYMANTEC CORPORATION, | ) | Case No.: C-11-00760 PSG |
| | ) | |
| Plaintiff, | ) | **ORDER OF RECUSAL** |
| v. | ) | |
| | ) | |
| COMODO GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of Court shall randomly reassign this case.

     IT IS SO ORDERED.

Dated:    February 28, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*