1  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   jwakefield@fenwick.com
2  GUINEVERE L. JOBSON (CSB NO. 251907)
   gjobson@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, California  94104
   Telephone: (415) 875-2300
5  Facsimile:  (415) 281-1350

6  Attorneys for Plaintiff
   SYMANTEC CORPORATION

**IT IS SO ORDERED**
Judge Edward J. Davila
7/11/2011

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>COMODO GROUP, INC., a Delaware corporation,<br><br>Defendant. | **Case No. 5:11-cv-00760-EJD**<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

Pursuant to Northern District of California Civil Local Rule 6-1, Plaintiff Symantec Corporation ("Symantec") and Defendant Comodo Group, Inc. ("Comodo"), hereby stipulate that the time for Comodo to answer or otherwise respond to Symantec's Complaint is extended to July 25, 2011.  This extension will not alter the date of any event or deadline already fixed by Court order.

/ / /

 / / /

/ / /

/ / /

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   IT IS SO STIPULATED.

2   Dated: July 8, 2011                           FENWICK & WEST LLP

4                                                 By: */s/ Jedediah Wakefield*
                                                       Jedediah Wakefield

6                                                 Attorneys for Plaintiff
                                                  SYMANTEC CORPORATION

8   Dated: July 8, 2011

9                                                 BY: */s/ Stephen Cannavale*
                                                       Stephen Cannavale

11                                                Counsel for Defendant
                                                  COMODO GROUP, INC.

### ATTORNEY ATTESTATION

I hereby attest, pursuant to General Order 45, § X.B, that that concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

                                                  */s/ Jedediah Wakefield*
                                                       Jedediah Wakefield

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT                    2                    CASE NO. 5:11-CV-00760-EJD