JEDEDIAH WAKEFIELD (CSB NO. 178058)
jwakefield@fenwick.com
GUINEVERE L. JOBSON (CSB NO. 251907)
gjobson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Plaintiff
SYMANTEC CORPORATION

**IT IS SO ORDERED**
Judge Edward J. Davila
7/28/20111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>COMODO GROUP, INC., a Delaware corporation,<br><br>Defendant. | **Case No. 5:11-cv-00760-EJD**<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

Pursuant to Northern District of California Civil Local Rule 6-1, Plaintiff Symantec Corporation ("Symantec") and Defendant Comodo Group, Inc. ("Comodo"), hereby stipulate that the time for Comodo to answer or otherwise respond to Symantec's Complaint is extended to August 8, 2011. This extension will not alter the date of any event or deadline already fixed by Court order.

/ / /

/ / /

/ / /

/ / /

1    IT IS SO STIPULATED.

2    Dated: July 27, 2011                                FENWICK & WEST LLP

4                                                         By: */s/ Jedediah Wakefield*
5                                                              Jedediah Wakefield

6                                                         Attorneys for Plaintiff
                                                          SYMANTEC CORPORATION

8    Dated: July 27, 2011

9                                                         BY: */s/ Stephen Cannavale*
10                                                             Stephen Cannavale

11                                                        Counsel for Defendant
                                                          COMODO GROUP, INC.

### **ATTORNEY ATTESTATION**

I hereby attest, pursuant to General Order 45, § X.B, that that concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

                                                          */s/ Jedediah Wakefield*
                                                          Jedediah Wakefield