1  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   jwakefield@fenwick.com
2  GUINEVERE L. JOBSON (CSB NO. 251907)
   gjobson@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, California  94104
   Telephone: (415) 875-2300
5  Facsimile:  (415) 281-1350

6  Attorneys for Plaintiff
   SYMANTEC CORPORATION

**IT IS SO ORDERED**
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION, a Delaware corporation, | Case No. 5:11-cv-00760-EJD |
| Plaintiff, | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |
| v. | |
| COMODO GROUP, INC., a Delaware corporation, | |
| Defendant. | |

   Pursuant to Northern District of California Civil Local Rule 6-1, Plaintiff Symantec Corporation ("Symantec") and Defendant Comodo Group, Inc. ("Comodo"), hereby stipulate that the time for Comodo to answer or otherwise respond to Symantec's Complaint is extended to September 14, 2011.  This extension will not alter the date of any event or deadline already fixed by Court order.

/ / /

/ / /

/ / /

/ / /

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

IT IS SO STIPULATED.

Dated: August 30, 2011                    FENWICK & WEST LLP


By: */s/ Jedediah Wakefield*
      Jedediah Wakefield

Attorneys for Plaintiff
SYMANTEC CORPORATION


Dated: August 30, 2011

BY: */s/ Stephen Cannavale*
      Stephen Cannavale

Counsel for Defendant
COMODO GROUP, INC.

## ATTORNEY ATTESTATION

I hereby attest, pursuant to General Order 45, § X.B, that that concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

*/s/ Jedediah Wakefield*
Jedediah Wakefield

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT    2    CASE NO. 5:11-CV-00760-EJD