JEDEDIAH WAKEFIELD (CSB NO. 178058)
jwakefield@fenwick.com
GUINEVERE L. JOBSON (CSB NO. 251907)
gjobson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Plaintiff
SYMANTEC CORPORATION

**IT IS SO ORDERED**
*[signature]*
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>COMODO GROUP, INC., a Delaware corporation,<br><br>Defendant. | **Case No. 5:11-cv-00760-EJD**<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

Pursuant to Northern District of California Civil Local Rule 6-1, Plaintiff Symantec Corporation ("Symantec") and Defendant Comodo Group, Inc. ("Comodo"), hereby stipulate that the time for Comodo to answer or otherwise respond to Symantec's Complaint is extended to September 14, 2011. This extension will not alter the date of any event or deadline already fixed by Court order.

/ / /

/ / /

/ / /

/ / /

1  IT IS SO STIPULATED.

2  Dated: August 30, 2011                    FENWICK & WEST LLP

4                                            By: */s/ Jedediah Wakefield*
                                                 Jedediah Wakefield

6                                            Attorneys for Plaintiff
                                             SYMANTEC CORPORATION

8  Dated: August 30, 2011

9                                            BY: */s/ Stephen Cannavale*
                                                 Stephen Cannavale

11                                           Counsel for Defendant
                                             COMODO GROUP, INC.

13                         **ATTORNEY ATTESTATION**

I hereby attest, pursuant to General Order 45, § X.B, that that concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

                                             */s/ Jedediah Wakefield*
                                             Jedediah Wakefield

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT            2            CASE NO. 5:11-CV-00760-EJD