| | |
|---|---|
| 1 | JEDEDIAH WAKEFIELD (CSB NO. 178058) |
|   | jwakefield@fenwick.com |
| 2 | GUINEVERE L. JOBSON (CSB NO. 251907) |
|   | gjobson@fenwick.com |
| 3 | FENWICK & WEST LLP |
|   | 555 California Street, 12th Floor |
| 4 | San Francisco, California  94104 |
|   | Telephone: (415) 875-2300 |
| 5 | Facsimile:  (415) 281-1350 |

**IT IS SO ORDERED**
Judge Edward J. Davila
10/6/2011

Attorneys for Plaintiff
SYMANTEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION, a Delaware corporation, | Case No. 5:11-cv-00760-EJD |
| Plaintiff, | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |
| v. | |
| COMODO GROUP, INC., a Delaware corporation, | |
| Defendant. | |

Pursuant to Northern District of California Civil Local Rule 6-1, Plaintiff Symantec Corporation ("Symantec") and Defendant Comodo Group, Inc. ("Comodo"), hereby stipulate that the time for Comodo to answer or otherwise respond to Symantec's Complaint is extended to October 28, 2011.  This extension will not alter the date of any event or deadline already fixed by Court order.

/ / /

/ / /

/ / /

/ / /

1   IT IS SO STIPULATED.

2   Dated: September 30, 2011                            FENWICK & WEST LLP

4                                                        By: */s/ Jedediah Wakefield*
                                                              Jedediah Wakefield

                                                         Attorneys for Plaintiff
                                                         SYMANTEC CORPORATION

8   Dated: September 30, 2011

                                                         BY: */s/ Stephen Cannavale*
                                                              Stephen Cannavale

                                                         Counsel for Defendant
                                                         COMODO GROUP, INC.

### ATTORNEY ATTESTATION

I hereby attest, pursuant to General Order 45, § X.B, that that concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

                                                         */s/ Jedediah Wakefield*
                                                            Jedediah Wakefield