**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>          Plaintiff(s),<br>    v.<br><br>COMODO GROUP, INC,<br><br>          Defendant(s). | CASE NO. 5:CV 11-00760-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>[Re: Docket Item No. 23] |

The Case Management Conference set before the Honorable Edward J. Davila on December 2, 2011 at 10:00 AM is hereby continued until February 3, 2012 at 10:00 AM. On or before January 27, 2012, the parties shall file an updated joint Case Management Conference Statement.

The parties' initial disclosures shall be served at least 14 days prior to the Case Management Conference.

**IT IS SO ORDERED.**

Dated: November 29, 2011

_____
EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:CV 11-00760-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE