JEDEDIAH WAKEFIELD (CSB NO. 178058)
jwakefield@fenwick.com
GUINEVERE L. JOBSON (CSB NO. 251907)
gjobson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Plaintiff
SYMANTEC CORPORATION

*IT IS SO ORDERED*
*Judge Edward J. Davila*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
4/5/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>COMODO GROUP, INC., a Delaware corporation,<br><br>Defendant. | **Case No. 5:11-cv-00760-EJD**<br><br>**NOTICE OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(I), Plaintiff SYMANTEC CORPORATION hereby dismisses this action.  The Clerk shall close this file.

Dated: April 4, 2012

FENWICK & WEST LLP

By: */s/ Jedediah Wakefield*
    Jedediah Wakefield

Attorneys for Plaintiff
SYMANTEC CORPORATION